UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| INMAN JONES, an individual, ) | |
| ) | |
| Plaintiff, ) | 2:09-cv-1874-LRH-RJJ |
| ) | |
| vs. ) | |
| ) | |
| LAS VEGAS METROPOLITAN POLICE ) | |
| DEPARTMENT, etc., *et al.*, ) | **ORDER** |
| ) | |
| Defendant. ) | |

IT IS HEREBY ORDERED that the parties shall file joint Interim Discovery Status Reports on October 20, 2010, and December 20, 2010.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain the following:

1. Shall identify the discovery that has been completed;
2. Shall identify the discovery that remains outstanding;
3. Shall identify any pending discovery motions; and,
4. Shall detail all attempts to settle the case.

DATED this  1st  day of September, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge