1  JAMES E. SMYTH II
   Nevada Bar No. 6506
2  LISA J. ZASTROW
   Nevada Bar No. 9727
3  KAEMPFER CROWELL RENSHAW
   GRONAUER & FIORENTINO
4  8345 West Sunset Road, Suite 250
   Las Vegas, Nevada 89113
5  Telephone: (702) 792-7000
   Fax:       (702) 796-7181
6
                    UNITED STATES DISTRICT COURT
7
                         DISTRICT OF NEVADA
8

|  |  |
|---|---|
| IMAN JONES, an individual,<br><br>             Plaintiff,<br><br>Vs.<br><br>LAS VAEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of Clark County, Nevada; DOUGLAS C. GILLESPIE, in his official capacity as Sheriff of the Las Vegas Metropolitan Police Department; G. CROSSMAN, individually and in his official capacity as a Police Officer with the Las Vegas Metropolitan Police Department; D. ROSEQUIST, individually and in his official capacity as a Police Officer with the Las Vegas Metropolitan Police Department; J. GIESE, individually and in his official capacity as a Police Officer with the Las Vegas Metropolitan Police Department; AZ SEARCH AND RECOVERY, LLC, an Arizona limited liability company; JOSHUA SIMS, an individual; JUSTIN GOODEN, an individual; POLICE OFICERS DOES 1 through 10, inclusive; INDIVIDUAL DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive;<br><br>             Defendants, | Case No. 2:09-cv-01874-LRH-RJJ<br><br>**ORDER GRANTING EX-PARTE MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND REQUEST TO DISCONTINUE NOTICE AND SPECIAL NOTICE** |

/././././

**ORDER GRANTING EX-PARTE MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND REQUEST TO DISCONTINUE NOTICE AND SPECIAL NOTICE**

The Court having reviewed the Ex Parte Motion to Remove Counsel from CM/ECF Service List and Request for Discontinuation of Notice of Special Notice filed by Lisa Zastrow, Esq., of the law firm of Kaempfer Crowell Renshaw Gronauer & Fiorentino, and Good Cause Appearing, it is hereby

ORDERED, Lisa J. Zastrow, Esq., be removed from CM/ECF service list for this matter, it is further

ORDERED, the Clerk of Court is directed to take necessary action to effectuate this Order.

DATED this 23d day of December, 2010.

_____
~~UNITED STATES DISTRICT JUDGE~~
UNITED STATES MAGISTRATE JUDGE