UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| INMAN JONES, an individual, ) | |
| ) | |
| Plaintiff, ) | 2:09-cv-1874-LRH-RJJ |
| ) | |
| vs. ) | |
| ) | |
| LAS VEGAS METROPOLITAN ) | O R D E R |
| POLICE DEPARTMENT, etc., *et al.*, ) | |
| ) | |
| Defendant, ) | |

This matter was submitted to the undersigned Magistrate Judge on a Stipulation to Extend Discovery Dates (#116).

The Court having reviewed the Stipulation (#116) finds that the statement regarding the discovery that remains to be completed and the dates for completion of said discovery are inadequate. Further, the Court finds that the Stipulation (#116) was filed after the close of discovery and therefore requires a showing of excusable neglect. LR 6-1(b). Based on the foregoing and good cause appearing therefore,

IT IS HEREBY ORDERED that the Stipulation to Extend Discovery Dates (#116) is **DENIED**.

DATED this   15th   day of March, 2011.

ROBERT J. JOHNSTON
United States Magistrate Judge