UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| IMAN JONES, an individual, | |
| Plaintiff, | 2:09-CV-01874-LRH-RJJ |
| v. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of Clark County, Nevada; G. CROSSMAN, individually and in his official capacity as a Police Officer with the Las Vegas Metropolitan Police Department; D. ROSEQUIST, individually and in his official capacity as a Police Officer with the Las Vegas Metropolitan Police Department; J. GIESE, individually and in his official capacity as a Police Officer with the Las Vegas Metropolitan Police Department; AZ SEARCH AND RECOVERY, LLC, an Arizona limited liability company; JOSHUA SIMS, an individual; JUSTIN GOODEN, an individual; FINEX CAPITAL GROUP, LLC d/b/a LOANEX, a Nevada limited liability company; POLICE OFFICER DOES 1 through 10, inclusive; INDIVIDUAL DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive, | ORDER |
| Defendants. | |

Before the court is Plaintiff Iman Jones' "Petition to Vacate the Show Cause Order as a Final Judgment Has Been Entered." Doc. #167.

Case 2:09-cv-01874-LRH-RJJ   Document 173   Filed 06/26/12   Page 2 of 2

Final judgment was indeed entered in this matter on May 29, 2012, following the court's grant of summary judgment to certain defendants and Plaintiff's stipulation to voluntarily dismiss the remaining defendants. *See* Doc. #166. There is no "Show Cause Order" currently pending, however, and Plaintiff fails to identify the order to which his motion is directed. To the extent Plaintiff's motion to vacate may be directed at the court's Minute Order of May 17, 2012, directing the remaining parties to comply with Local Rule 16-3 and file a proposed joint pretrial order by June 1, 2012, *see* Doc. #163, that requirement was rendered moot by the dismissal of the remaining defendants and the entry of final judgment. Plaintiff's motion to vacate the order is therefore unnecessary.

IT IS THEREFORE ORDERED that Plaintiff's Petition to Vacate the Show Cause Order as a Final Judgment Has Been Entered (#167) is DENIED.

IT IS SO ORDERED.

DATED this 22nd day of June, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2